June 27, 2025

Clerk of Court
United States District Court
For The District of New Hampshire,
Warren B. Rudman United States
Courthouse, 55 Pleasant Street,
Room 110
Concord, NH 03301-3941

Mr. Leonard Fisherman
I.D No. 99677
New Hampshire State Prison
P.O. Box 14
Concord, NH 03302

Re. How is Plaintiff able to properly exhaust his administrative remedies and file a Lawsuit against NH D.O.C Employees concerning ongoing retaliation when the defendants are in many ways preventing him to?

Dear Clerk of Court,
Hello, I have attempted to exhaust my administrative remedies for "Several Retaliatory Actions" that are being committed against me by the NH D.O.C Employees (Defendants), such as a "Retaliatory Classification upgrade" and "Retaliatory Interference with the editing/publishing of my Autobiography."
But because the NH D.O.C Warden (Defendant) wouldn't return an entire copy of my Appeal (my Appeal re. "The Retaliatory Classification upgrade") to me, and because the NH D.O.C Commissioners/Warden (Defendants) wouldn't reply to my Grievance re. "The Retaliatory Interference of the Editing/Publishing of my Autobiography, I (Plaintiff)

1.

had attempted to prepare a lawsuit against these defendants requesting that this Court both order: the defendants (There are Many) to comply with the PLRA and/or the Grievance Procedure laid out in their PPD 1.16, and also requesting this Court to: "STAY THIS ACTION" until Plaintiff has exhausted his administrative remedies.

However, when the defendants co-workers (their friends/fellow officers) saw the lawsuit laying across Plaintiff's cell desk (which will show on their body camera), the Defendant John Doe C.O. Medica had further targeted Plaintiff by "Retaliatory Disciplining Plaintiff" for another rule violation that was only partly true in order to get Plaintiff escorted back to SHU and placed on PAR so Plaintiff wouldn't be able to complete his Lawsuit, since Plaintiff will AT THE TIME be deprived of his LEGAL PROPERTY!

Therefore, Plaintiff is requesting for this Court IN THE INTREST OF JUSTICE to someway intervene by providing an order: Instructing the NH D.O.C Commissioner/Warden (Defendants) to comply with their Grievance Procedure and Property Procedure without any more Retaliation against Plaintiff, and two Plaintiff also request this Court to "PLEASE PROVIDE HIM COUNSEL TO HELP ASSIST PLAINTIFF WITH HIS LAWSUIT AGAINST THE DEFENDANTS" since Plaintiff who suffers from Mental and Emotional injuries, and who doesn't have a High School Deploma/G.E.D is also having a difficult time on litigating these issues that are extremely difficult/complexing?

Sincerely,
[signature]

June 27, 2025

Mr. Leonard J. Fisherman, Jr.
I.D No. 99677
New Hampshire State Prison
P.O. Box 14
Concord, NH 03302




CERTIFIED MAIL
9589 0710 5270 2400 5418 07

quadient
FIRST-CLASS MAIL
IMI
$006.35
06/30/2025 ZIP 03301
043M31248953
US POSTAGE

LEGAL/PRIVILEGED
Re, "Lawsuit" §1983

Mailed from the N.H. State Prison.
Contents have not been evaluated.
Not responsible for content/substance.

ATTN: OFFICE OF THE CLERK OF COURT
United States District Court for the
District of New Hampshire, Warren B.
Rudman United States Courthouse
55 Pleasant Street
Room 110
Concord, NH 03301-3941